ROBERT K. KOLBER, INC.
Robert K. Kolber, Esq.         SBN 078830
Professional Law Corporation
4521 Quail Lakes Drive
Stockton   CA   95207
Telephone: (209) 957-6631

Attorney for Plaintiff,
VIRGINIA ROBINSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIRGINIA ROBINSON ) | Civil No.:  2:07-CV-01408 EFB |
|    Plaintiff, ) | STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO FILE A MOTION FOR SUMMARY JUDGMENT |
|    vs. ) | |
| MICHAEL J. ASTRUE, ) Commissioner of Social Security, ) | |
|    Defendant. ) | |

    IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, with the permission of the Court as indicated below, that the plaintiff's time to file a Motion For Summary Judgment is hereby extended from the present due date of April 22, 2008, by forty-five (45) days, to the new filing date of June 6, 2008, to allow the substitution of a new attorney.

///

///

///

1
2
    This is the first extension requested with regard to plaintiff's time to file a Motion
3 For Summary Judgment.
4
5   DATED:_____        /S/Robert K. Kolber_____
6                                    ROBERT K. KOLBER, INC.
                                   Professional Law Corporation
7                                    Attorney for Plaintiff
8
9
10   DATED:_____        /S/Theophous H. Reagans_____
11                                    THEOPHOUS H. REAGANS
                                 Special Assistant U.S. Attorney
12                                  Attorney for Defendant
13
14
15                                 ORDER
16
17
18 APPROVED AND SO ORDERED:
19
20 DATED:  April 22, 2008.       /s/ Edmund F. Brennan
                               EDMUND F. BRENNAN
21                                UNITED STATES MAGISTRATE JUDGE
22
23
24
25
26
27
28