1  BESS M. BREWER, #100364
   LAW OFFICE OF
2  BESS M. BREWER & ASSOCIATES
   P.O. Box 5088
3  Sacramento, CA 95817
   Telephone: (916) 454-3111
4  Facsimile: (916) 454-3131

5  Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **VIRGINIA ROBINSON** ) | Case No. CIV-07- 1408 EFB |
| ) | |
| ) | **STIPULATION AND ORDER** |
| **Plaintiff,** ) | **EXTENDING PLAINTIFF'S TIME TO** |
| ) | **FILE MEMORANDUM IN SUPPORT** |
| **v.** ) | **OF SUMMARY JUDGMENT** |
| ) | |
| **MICHAEL J. ASTRUE** ) | |
| **Commissioner of Social Security** ) | |
| **of the United States of America,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |
| _____ ) | |

IT IS HEREBY STIPULATED by and between the parties, through their attorneys, and with the permission of the Court as evidenced below, that the Plaintiff's time to file the summary judgment in this case is hereby extended from June 6, 2008, to July 25, 2008.   Plaintiff's counsel has just assumed responsibility for this case and due to her extremely heavy briefing schedule requires additional time to prepare plaintiff's summary judgment motion and memorandum.

/ / / /

/ / / /

/ / / /

1

Dated: June 4, 2008         /s/Bess M. Brewer
                            BESS M. BREWER
                            Attorney at Law

                            Attorney for Plaintiff


Dated: June 4, 2008         McGregor W. Scott

                            United States Attorney

                            /s/   Theophous Reagans
                            THEOPHOUS REAGANS

                            Special Assistant U.S. Attorney
                            Social Security Administration

                            Attorney for Defendant


**ORDER**

APPROVED AND SO ORDERED.

DATED:  June 9, 2008.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE