BESS M. BREWER, #100364
LAW OFFICE OF
BESS M. BREWER & ASSOCIATES
P.O. Box 5088
Sacramento, CA 95817
Telephone: (916) 454-3111
Facsimile: (916) 454-3131

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **VIRGINIA ROBINSON**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**MICHAEL J. ASTRUE**<br>**Commissioner of Social Security**<br>**of the United States of America,**<br><br>**Defendant.** | Case No. CIV-07- 1408 EFB<br><br>**STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO FILE MEMORANDUM IN SUPPORT OF SUMMARY JUDGMENT** |

IT IS HEREBY STIPULATED by and between the parties, through their attorneys, and with the permission of the Court as evidenced below, that the Plaintiff's time to file the summary judgment in this case is hereby extended from July 25, 2008, to August 5, 2008.   Plaintiff's counsel requires additional time due to her extremely heavy briefing scheduled, including two 9th Circuit briefs due within the next week.

/ / / /

/ / / /

/ / / /

1

Dated: July 22, 2008                /s/Bess M. Brewer
                                    BESS M. BREWER
                                    Attorney at Law

                                    Attorney for Plaintiff


Dated: July 22, 2008                McGregor W. Scott

                                    United States Attorney

                                    /s/  Theophous Reagans
                                    THEOPHOUS REAGANS

                                    Special Assistant U.S. Attorney
                                    Social Security Administration

                                    Attorney for Defendant


**ORDER**

APPROVED AND SO ORDERED.

DATED:  August 5, 2008.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2