McGREGOR W. SCOTT
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration
THEOPHOUS H. REAGANS
Special Assistant United States Attorney

    333 Market Street, Suite 1500
    San Francisco, California 94105
    Telephone:  (415) 977-8943
    Facsimile:  (415) 744-0134
    E-Mail: Theophous.reagans@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**SACRAMENTO DIVISION**

| | |
|---|---|
| VIRGINIA ROBINSON, ) <br> ) <br>    Plaintiff, ) <br> ) <br>        v. ) <br> ) <br> MICHAEL J. ASTRUE, ) <br> Commissioner of Social Security, ) <br> ) <br>    Defendant. ) <br> _____) | No. 2:07-CV-01408–EFB <br><br> STIPULATION FOR EXTENSION OF TIME TO FILE DEFENDANT'S ANSWER |

     IT IS HEREBY STIPULATED by the undersigned for the respective parties, subject to the approval of the Court, that Defendant shall have a 30-day extension of time from the filing due date, up to and through October 8, 2008, in which to file a Cross Motion for Summary Judgment. This extension is requested in order to allow the transfer of the case to another attorney in our office. This is Counsel's first request for an extension, and he respectfully requests that the court grant this unopposed stipulation for extension.

/////

/////

1
2  Dated: August 29, 2008                             */s/ Bess M. Brewer*
3                                                      *(As authorized via email on 8/29/08)*
   BESS M. BREWER
4  Attorney for Plaintiff

5                                                      McGREGOR W. SCOTT
   United States Attorney
6  LUCILLE GONZALES MEIS
   Regional Chief Counsel, Region IX
7
8  Dated: September 2, 2008              By: */s/ Theophous H. Reagans*
   THEOPHOUS H. REAGANS
9  Special Assistant United States Attorney

10 Good cause appearing, IT IS SO ORDERED.

11 Dated: September 8, 2008.

12
13                              [signature]
14 EDMUND F. BRENNAN
   UNITED STATES MAGISTRATE JUDGE

15
16
17
18
19
20
21
22
23
24
25
26
27
28